# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 08-CR-30042-MJR** |
| | ) |
| **CLAYTON W. HOBBS, and** | ) |
| **MERCY REGIONAL HEALTH** | ) |
| **SYSTEMS, LTD., d/b/a MERCY** | ) |
| **REGIONAL EMERGENCY HEALTH** | ) |
| **SERVICES,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| **and STATE BANK OF WHITTINGTON,** | ) |
| **FIRST NATIONAL BANK OF** | ) |
| **MT. AUBURN, PRAIRIE NATIONAL** | ) |
| **BANK, PEOPLE'S NATIONAL** | ) |
| **BANK and RCB,** | ) |
| | ) |
| **Protective Order Defendants.** | ) |

## ORDER PARTIALLY LIFTING PROTECTIVE RESTRAINING ORDER

**REAGAN, District Judge**:

The Court hereby **GRANTS** the United States's motion (Doc. 14) and **LIFTS** the Protective Restraining Order entered on March 11, 2008 (Doc. 10) with respect to all Defendants and Additional Protective Order Defendants except for Clayton W. Hobbs. The Protective Restraining Order shall continue to remain in full force and effect against Clayton W. Hobbs, and all of his officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them.

The transfer of the control of assets to the Receiver of Mercy Regional Health Services Ltd. d/b/a Mercy Regional Emergency Health Services pursuant to the Order entered as Document No. 14 in Case No. 08-CV-188-MJR shall not constitute a violation of this Order or of the March 11, 2008 Protective Restraining Order (Doc. 10) entered in the above-captioned action.

**IT IS SO ORDERED.**

**DATED this 21st day of March 2008.**

          **s/ Michael J. Reagan**
          **MICHAEL J. REAGAN**
          **United States District Judge**