UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.08-CR-30042-MJR |
| ) | |
| CLAYTON HOBBS, ) | |
| ) | |
| Defendant. ) | |

# WRIT OF EXECUTION

**REAGAN, District Judge:**

**TO: United States Marshal**

On December 11, 2008, a judgment was entered in the United States District Court for the Southern District of Illinois, in favor of the United States of America, plaintiff, and against the defendant, Clayton Hobbs, last known address: c/o Pafford EMS, 1300 Commerce Street, Ruston, Louisiana 72702, in the sum of $2,238,174.64.

Since entry of judgment, payments in the amount of $300,000.00 have been applied to the debt, leaving a current balance of $1,940,174.64.

The Court hereby **ORDERS** the United States Marshal to satisfy the judgment by levying on all property in which the defendant has a substantial nonexempt interest, and by executing upon the property described as:

> 1975 Cadillac
> VIN No. 6Z90S5Q111310
> Last Known Location: 809 South Main Street
> Benton, Illinois

and by enabling Doerr Auction Service to enter the premises at 809 South Main Street in Benton, Illinois, remove said property and transport it to Doerr for sale.

**THE UNITED STATES MARSHAL IS ALSO COMMANDED** to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date on which levy is made.

**THE UNITED STATES MARSHAL IS ALSO COMMANDED** that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of this judgment, costs and interest. You are directed to remit the cash to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED.**

**Dated this 15th day of January 2009.**

                                                                         **s/ Michael J. Reagan**
                                                                         **MICHAEL J. REAGAN**
                                                                         **United States District Judge**