## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08-CR-30042-MJR** |
| | ) | |
| **MERCY REGIONAL HEALTH** | ) | |
| **SYSTEMS, LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## WRIT OF EXECUTION

**REAGAN, District Judge:**

**TO: United States Marshal**

On December 10, 2008, a judgment was entered in the United States District Court for the Southern District of Illinois, in favor of the United States of America, plaintiff, and against the defendant, Mercy Regional Health Systems, Ltd., last known address: 205 Bailey Lane, Benton, Illinois 62812, in the sum of $2,238,574.64.

Since entry of judgment, payments in the amount of $350,000.00 from Mercy Regional Health Systems, Ltd., and $656.60 from Clayton Hobbs, have been applied to the debt, leaving a current balance of $1,887,918.04.

The Court hereby **ORDERS** the United States marshal to satisfy the judgment by levying on all property in which the defendant has a substantial nonexempt interest, and by executing upon the property described as follows:

> **1995 Freightliner**
> **VIN No. 1FV3GFBD5SL880825**
> **Last Known Location: 1624 N. Main, Benton, Illinois**

**1994 Ford Club Wagon**
**VIN No. 1FMEE11N0RHCO1611**
**Last Know Location: 1624 N. Main, Benton, Illinois**

**2000 Ford Taurus SE**
**VIN No. 1FAFP5327YA179679**
**Last Known Location: 1624 N. Main, Benton, Illinois**

**1995 Ford Econoline**
**VIN No. 1FTFE24Y2SHB77645**
**Last Known Location: Extreme Auto Care, 210 W. Main, Benton, Illinois**

and by enabling Doerr Auction Service to enter the premises at 1624 N. Main, Benton, Illinois and 210 W. Main, Benton, Illinois, remove said property and transport it to Doerr for sale.

  **THE UNITED STATES MARSHAL IS ALSO COMMANDED** to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date on which levy is made.

  **THE UNITED STATES MARSHAL IS ALSO COMMANDED** that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of this judgment, costs and interest.  You are directed to remit the cash to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

  **IT IS SO ORDERED.**

  **Dated this 29th day of January 2009.**

        **s/ Michael J. Reagan**
        **MICHAEL J. REAGAN**
        **United States District Judge**