UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-CR-30042-002-MJR |
| ) | |
| CLAYTON HOBBS, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF EXECUTION

**REAGAN, District Judge:**

**TO: United States Marshal**

On December 10, 2008, a judgment was entered in the United States District Court for the Southern District of Illinois, in favor of the United States of America, plaintiff, and against the defendant, Clayton Hobbs, last known address: FDC Oakdale, #10377-062, P.O. Box 5010, Oakdale, Louisiana 71463, in the sum of $2,238,174.64.

Since entry of judgment, payments in the amount of $449,356.60 and have been applied to the debt, leaving a current balance of $1,788,818.04.

On March 6, 2009, the Government moved for a writ of execution as to Hobbs's ownership interest in Centurion Health Systems, Inc. (Doc. 117). Defendant's counsel has informed the Court that there is no objection to the application for writ of execution.

The Court hereby **FINDS** that any prior transfer by Clayton Hobbs of his ownership interest in Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma void.

The Court hereby **ORDERS** the United States marshal to satisfy the judgment by levying on all property in which the defendant has a substantial nonexempt interest, and by

executing upon the property described as follows:

**Clayton Hobbs's ownership interest in Centurion Health Systems, Inc.**

and by selling said property by auction to the highest bidder. Said auction to occur on the front steps of the United States Courthouse, 750 Missouri Avenue, East St. Louis, Illinois on Tuesday, April 7, 2009, at 12:00 p.m.

**THE UNITED STATES MARSHAL IS ALSO COMMANDED** to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date on which levy is made.

**THE UNITED STATES MARSHAL IS ALSO COMMANDED** that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of this judgment, costs and interest. You are directed to remit the cash to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED.**

**Dated this 9th day of March 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**