# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 08-CR-30042-01-MJR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CLAYTON HOBBS, ) | |
| ) | |
| Defendant, ) | |
| ================================ ) | |
| RCB BANK, ) | |
| ) | |
| Garnishee. ) | |

## ORDER

On March 9, 2009, the Court entered a Writ of Continuing Garnishment for RCB Bank against the property of Defendant Clayton Hobbs (Doc. 124). The Government now seeks to dismiss this garnishment, having received an answer from RCB Bank that it has no custody, control, or possession of property in which the Defendant maintains an interest (Doc. 125).

Having fully considered the Government's motion, the Court hereby **GRANTS** the motion (Doc. 125) and **DISMISSES** the garnishment as to RCB Bank.

**IT IS SO ORDERED.**

**DATED this 2d day of April 2009.**

                                         **s/ Michael J. Reagan**
                                         **MICHAEL J. REAGAN**
                                         **United States District Judge**