IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CR-30042-MJR |
| CLAYTON HOBBS, | ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

This matter having come before the Court on the United States of America's Motion to approve sale (Doc. 128), and it appearing to the Court that pursuant to a Writ of Execution (Doc. 119) issued by this Court, a public auction was held to sell Clayton Hobbs' interest in Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma, and that at said auction Duke Dixon, on behalf of Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma, bid the sum of $14,000.00, and that said bid was the best and highest bid, and that the auction was regularly and properly conducted;

**WHEREFORE**, it is **ORDERED** that the sale of Clayton Hobbs' interest in Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma to Duke Dixon, on behalf of Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma, for the sum of $14,000.00 is hereby **APPROVED**. Upon payment of the $14,000.00, title and ownership of all of Clayton Hobbs' interest in Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma shall transfer and/or revert back to Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma, and Clayton Hobbs will no longer possess any interest in Centurion Health Systems, Inc., d/b/a Mercy Regional of Oklahoma.

The motion to approve the sale is therefore **GRANTED** (Doc. 128).

**IT IS SO ORDERED.**

**Dated this 8th day of April 2009.**

                                                    **s/ Michael J. Reagan**
                                                    **MICHAEL J. REAGAN**
                                                    **United States District Judge**